IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DANYALL MYLES**                                                                                     **PLAINTIFF**

**V.**                               **CAUSE NO. 3:16-CV-758-HTW-LRA**

**BILLIE SOLLIE**                                                             **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Linda R. Anderson. Based upon the reasons therein contained, this court finds the Report and Recommendation well taken. More than 14 days after service of the Report and Recommendation have passed and no written objections have been filed.

Therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 21]** is hereby **ADOPTED** as the order of this court. Accordingly, this case is dismissed for failure to state a claim upon which habeas relief may be granted, and for failure to exhaust available state remedies. Any pending motions are dismissed as moot.

A separate Final Judgment will issue this day.

**SO ORDERED**, this the 21st day of June, 2017.

                                                                s/HENRY T. WINGATE
                                                                UNITED STATES DISTRICT JUDGE